IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:  CHRISTOPHER O'NEAL FEURER                                    CASE NO: 5:08-bk-74352 B
        DEBTOR                                                                                                CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on July 26, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on August 05, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: August 05, 2010                                                                                /s/ Ben T. Barry
                                                                                                       Ben T. Barry
                                                                                                       United States Bankruptcy Judge

cc:    Joyce Bradley Babin, Trustee

        John Blair
        Blair & Brady, Attorneys At Law
        P O Box 1715
        Rogers, AR  72757

        Christopher O'Neal Feurer
        3401 Cannon Avenue
        Springdale, AR  72762

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: CHRISTOPHER O'NEAL FEURER      CASE NO: 5:08-bk-74352 B
DEBTOR      CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on July 26, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on August 05, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: August 05, 2010      /s/ Ben T. Barry
    Ben T. Barry
    United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

    John Blair
    Blair & Brady, Attorneys At Law
    P O Box 1715
    Rogers, AR 72757

    Christopher O'Neal Feurer
    3401 Cannon Avenue
    Springdale, AR 72762